IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MONICA JOHNSON,

    Plaintiff,

vs.                                                                                                     No. CIV 23-1010 JB/JMR

COSTCO WHOLESALE CORPORATION;
JOHN DOE 1 and JOHN DOE 2,

    Defendants.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order of Dismissal with Prejudice, filed March 8, 2024 (Doc. 12)("Order"). The Order states: "the Complaint of the Plaintiff and all amendments thereto and all causes of action therein and all causes of action that could have been brought therein as against Defendants herein are dismissed with prejudice." Order at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the Complaint for Damages, filed with the Court on November 15, 2023 (Doc. 1)("Complaint"),[1] is dismissed with prejudice; (ii) all causes of action in the Complaint are dismissed with prejudice; (iii) all causes of action that could have been brought in the Complaint are dismissed with prejudice; (iv) the case is dismissed with prejudice; and (ii) Final Judgment is entered.

---

[1] The Plaintiff's Complaint for Damages is filed concurrently with the Defendants Notice of Removal, filed November 15, 2023 (Doc. 1). The Complaint for Damages begins at page seven of Doc. 1.

/s/ *James O. Browning*
_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Tyler J. Atkins
Atkins & Walker, P.A.
Albuquerque, New Mexico

-- and --

Mark Peter Dinelli
The Dinelli Law Firm, LLC
Albuquerque, New Mexico

  *Attorneys for the Plaintiff*

Monica R. Garcia
Kristin A. Dearth
Butt Thornton & Baehr PC
Albuquerque, New Mexico

  *Attorneys for the Defendants*